

**Chief Justice**
SCOTT BRISTER

**Justices**
SCOTT FIELD
APRIL FARRIS

**Clerk**
CHRISTOPHER A. PRINE

# Fifteenth Court of Appeals

P.O. Box 12852, AUSTIN, TEXAS 78711
www.txcourts.gov/15thcoa/
512-463-1610

Tuesday, August 19, 2025

The Honorable Deborah Young
Clerk of Court First and Fourteenth Court
of Appeals
301 Fannin St Ste 245
Houston, TX 77002-2062
* DELIVERED VIA E-MAIL *

RE:     Court of Appeals Number:  15-25-00135-CV
        Trial Court Case Number:  2025-35689

Style:  Dominique Cunningham
        v. Teneshia Hudspeth

Dear Ms. Young:

The matter pending before this Court involves a claim against the Harris County Clerk, the Honorable Teneshia Hudspeth. This Court has determined the appeal should be transferred to the First or Fourteenth Court of Appeals. *See* Tex. Gov't Code § 22.220(d). Rulings from the Supreme Court of Texas clarify that a party's statement of intent to appeal to the Fifteenth Court of Appeals is insufficient to establish jurisdiction in this court. *See generally Kelley v. Homminga*, 706 S.W.3d 829 (Tex. 2025). A matter is properly filed in this court if it involves either (1) appeals or writs within this court's exclusive intermediate appellate jurisdiction, or (2) appeals transferred to this court for docket-equalization purposes by order of the Supreme Court of Texas. *Id*.

The Fifteenth Court has exclusive intermediate jurisdiction over matters arising from or related to civil cases by or against the State or members of its executive branch. Tex. Gov't Code § 22.220(d). This case does not appear to fall under our exclusive jurisdiction, as a proceeding against a County Clerk, is not a claim against an entity or party pertinent to the executive branch of the State of Texas.

Accordingly, this Court intends on its own initiative to transfer this appeal to the First or Fourteenth Court of Appeals (1) if no party files a response that explains why the Fifteenth Court of Appeals has exclusive jurisdiction over this appeal on or before **August 29, 2025,** *and* if (2) the First or Fourteenth Court of Appeals agrees to the transfer. *See* TEX. R. APP. P. 27a(c)(2); (3)(C); and (5).

The First and Fourteenth Courts of Appeals must, within 20 days after receiving this notice, file a letter in this Court explaining whether it agrees with the transfer. *See* TEX. R. APP. P. 27a(c)(5).

Sincerely,

Christopher A. Prine, Clerk

cc:   Dominique Cunningham (DELIVERED VIA E-MAIL)
      Jesse Blakley Jr. (DELIVERED VIA E-MAIL)